IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBBIE ANN PETRI, ET AL. | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:09-cv-03994 |
| | § (Honorable Melinda Harmon) |
| KESTREL OIL & GAS PROPERTIES | § |
| LP, ET AL. | § |

## ORDER

BE IT REMEMBERED, came on to be considered Plaintiffs, **DEBBIE ANN PETRI, ET AL.**'s Motion to Dismiss Certain Defendants Subject To, and Not To Be Granted Until Overruling of Plaintiffs' Motions to Remand, and pursuant to Rule 41(a)(2), F.R.C.P., Motion to Dismiss Defendants, **Robert L. Zorich, Wynne M. Snoot, Jeff Gunst, Steven A. Webster, J. Lawson Fancher, EnCap Investments, LP, Avista Capital Partners, Avista Capital Holdings, LP, Peregrine Oil & Gas, LP, Peregrine GP, LLC, Encap Energy Capital Fund IV LP, Encap IV-B Acquisitions, LP, Kestrel Oil & Gas Properties, LP, Kestrel Oil & Gas Properties II, LP, Greenhill Capital Partners, LP, GCP Peregrine Holding LP, Greenhill Capital Partners Exec, Greenhill Capital LP and Peregrine Oil & Gas Properties II, LP.**, and the Court after having reviewed said Motion and any qualifiers thereto, hereby

____✓____ GRANTS    ____~~DENIES~~____ m felt

the above captioned Motion.

SIGNED this 29th day of July, 2010.

_____
U.S. DISTRICT JUDGE