# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

APR 26 2013

David J. Bradley, Clerk of Court

No. 12-20711

DEBBIE ANN PETRI, As Administrator of the Estate of Paul Torres, Deceased and As Guardian and Next Friend of P D Torres, A Minor Child and Sole Heir of the Estate of Paul Torres, Deceased,

Plaintiff - Appellant

v.

SHELL OIL COMPANY; WOOD GROUP MANAGEMENT SERVICES, INC.; PROSAFE, INC.; ROTORCRAFT LEASING COMPANY; SHELL OFFSHORE, INC; PEREGRINE OIL &GAS II, L.L.C.; JOHN WOOD GROUP, P.L.C.; MALCOLM GOOD; WOOD GROUP PRODUCTION SERVICES, INC.; PEREGRINE OIL AND GAS PROPERTIES II, L.L.C.

Defendants - Appellees

Appeal from the United States District Court for the Southern District of Texas, Houston

ORDER:

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5TH CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana 2 3 APR 2013

***United States Court of Appeals***
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 23, 2013

United States Courts
Southern District of Texas
FILED

APR 26 2013

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 12-20711, Debbie Petri v. Kestrel Oil & Gas Prop, L.P., et al
USDC No. 4:09-CV-3994

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Peter A. Conners, Deputy Clerk
504-310-7685

cc w/encl:
Mr. Gilbert Timbrell Adams Jr.
Mr. Noel Terry Adams Jr.
Mr. Robert D. Brown
Mr. Christopher Dove
Mr. Travis Fontaine Erskine
Ms. Kelly Hunsaker Leonard
Mr. John William Lynd
Mr. Roger Lee McCleary
Ms. Jill Annette Schaar
Mr. Charles H. Smith